# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE EVANS,<br><br>                       Plaintiff,<br><br>   v.<br><br>CITY OF SAN DIEGO;,<br>CHIEF DAVID NISLEIT;<br>OFFICER VICTOR RODRIGUEZ;<br>OFFICER MARK WILLIAMS; and<br>DOES 1 through 50,<br><br>                       Defendants. | Case No.: 3:23-cv-00883-BAS-VET<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION** |

The Court held an Early Neutral Evaluation ("ENE") on February 22, 2024. Plaintiff Jesse Evans did not appear due to medical unavailability. After consulting with the attorneys of record and being advised of the status of the case, and good cause appearing, the Court hereby **ORDERS** as follows:

    1.    By **March 21, 2024**, Plaintiff shall file a motion to appoint a guardian ad litem for Plaintiff Jesse Evans. In the event no such motion is filed, Plaintiff shall notify the Court via email (efile_torres@casd.uscourts.gov) by **March 25, 2024**.

1        2.      The parties must jointly contact the Court via email
2  (efile_torres@casd.uscourts.gov) **within three (3) days** of a ruling on the motion for
3  guardian ad litem to arrange a further ENE and Case Management Conference.

4        3.      On or before **March 21, 2024**, in accordance with Fed. R. Civ. P. 26(a)(1),
5  the parties shall produce to the other parties a copy of all documents, electronically stored
6  information, and tangible things the parties identified in their initial disclosures.

7        **IT IS SO ORDERED**.
8        Dated: February 26, 2024

Honorable Valerie E. Torres
United States Magistrate Judge