# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE EVANS, by and through his guardian ad litem COLEEN CUSACK,<br><br>                        Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO, *et. al.*,<br><br>                        Defendants. | Case No. 23-cv-0883-BAS-VET<br><br>**ORDER:**<br><br>**(1) APPROVING AND ADOPTING REPORT AND RECOMMENDATION IN ITS ENTIRETY (ECF No. 67); AND**<br><br>**(2) GRANTING JOINT PETITION FOR APPROVAL OF COMPROMISE OF CLAIM OF INCOMPETENT PERSON (ECF No. 64)** |

      Pending before the Court are Parties' Joint Petition for Approval of Compromise of Claim of Incompetent Person ("Joint Petition") (ECF No. 64) and a Report and Recommendation issued by United States Magistrate Judge Karen S. Crawford ("R&R") (ECF No. 67). For the reasons below, the Court **GRANTS** the Joint Petition and R&R. (ECF Nos. 64, 67).

## I. DISCUSSION

      The court reviews *de novo* those portions of the R&R to which objections are made. 28 U.S.C. § 636(b)(1). It may "accept, reject, or modify, in whole or in part, the findings

or recommendations made by the magistrate judge." *Id.* But "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed, the district court had no obligation to review the magistrate judge's report). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121. This rule of law is well-established within the Ninth Circuit and this district. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is only required when an objection is made to the R & R."); *Nelson v. Giurbino*, 395 F. Supp. 2d 946, 949 (S.D. Cal. 2005) (Lorenz, J.) (adopting R&R in its entirety without review because neither party filed objections to the R&R despite the opportunity to do so); *see also Nichols v. Logan*, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004).

In this case, Judge Crawford issued the R&R (ECF No. 67) on December 1, 2025, recommending that this Court grant Parties' Joint Petition (ECF No. 64). The time for filing objections expired on December 16, 2025. (ECF No. 67 at 7:14-17.) Both parties are represented by counsel. Neither party has filed any objections nor requested additional time to do so. Hence, the Court may adopt the R&R on that basis alone. *See Reyna-Tapia*, 328 F.3d at 1121.

Nonetheless, having conducted a review of the R&R, the Court concludes that Judge Crawford's reasoning is sound and correct in recommending that this Court grant the Joint Petition (ECF No. 67). The Court agrees that substantial evidence supports that the proposed settlement amount, fee distribution methods, and contingency fee agreement are fair and reasonable. (*See id.*) Therefore, the Court approves and adopts the R&R. *See* 28 U.S.C. § 636(b)(1).

## II.   CONCLUSION

In light of the foregoing, the Court **APPROVES** and **ADOPTS IN ITS**

1  **ENTIRETY** the R&R (ECF No. 67), **GRANTS** Parties' Joint Petition (ECF No. 64). *See*
2  28 U.S.C. § 636(b)(1). The Court further **DIRECTS** the Clerk of Court to close the case.
3      **IT IS SO ORDERED.**

5  **DATED: December 17, 2025**

                                                *[signature]*
                                      **Hon. Cynthia Bashant, Chief Judge**
                                      **United States District Court**